JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA VEGA, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-04372-DSF-JPR<br><br>**[ORDER GRANTING JOINT MOTION FOR DISMISSAL; RULE 41(A)(2)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER RE:
JOINT MOTION FOR DISMISSAL
CASE NO. 2:14-CV-04372-DSF-JPR

For good cause shown, and pursuant to stipulation of the parties, the Court hereby GRANTS the parties' joint motion and stipulation to dismiss the above-entitled action pursuant to Federal Rule of Civil Procedure 41(a)(2) and orders:

(1) Plaintiff Leticia Vega's individual claims, including those claims brought under the Fair Labor Standards Act ("FLSA"), except as otherwise stated in the parties' settlement agreement are hereby DISMISSED WITH PREJUDICE;

(2) The allegations asserted by Plaintiff on behalf of a putative, uncertified class or as a collective action be and hereby are DISMISSED WITHOUT PREJUDICE and without notice;

(3) The Parties shall bear their own respective attorneys' fees and costs of suit incurred in connection with this Action and its dismissal.

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: 7/16/15    By *Dale S. Fischer*
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

1

[PROPOSED] ORDER RE:
JOINT MOTION FOR DISMISSAL
CASE NO. 2:14-CV-04372-DSF-JPR